PS-8
8/88

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Elhadji Malik Dieye**                    **Docket No. 5:13-CR-291-1FL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Nikki Allen, probation officer of the court, presenting an official report upon the conduct of defendant, Elhadji Malik Dieye, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at New Bern, NC, on the 12th day of December, 2013, under the following conditions:

- The defendant is placed in the custody of Mame Faty Mbacke

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 6, 2014, the defendant committed the offenses of Extortion and Felony Conspiracy in Cumberland County, North Carolina (14CR50212).

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant's arrest and that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Nikki Allen |
| Robert K. Britt | Nikki Allen |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | Phone: |
| | Executed On: January 8, 2014 |

### ORDER OF COURT

Considered and ordered this __9th__ day of __January__, 2014, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge